IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01201–EWN

AIDA JAMIR,

    Plaintiff,

v.

H. WOLF

    Defendant.

## ORDER DISMISSING CASE

This matter is before the court on a review of the file. The court finds and concludes that the "Libel of Review" fails to allege subject matter jurisdiction, that, even construed in plaintiff's favor, it wholly fails to state a claim upon which relief can be granted, and that the case is frivolous from beginning to end. Accordingly, it is

**ORDERED** that the case is hereby DISMISSED with prejudice.

Dated this  1  day of July, 2005.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge